IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**MICHAEL JUSTIN PARKINS**                                                    **PETITIONER**
**ADC # 168018**

VS.                       No. 4:21-CV-00467-BRW-ERE

**DEXTER PAYNE, DIRECTOR, ARKANSAS**
**DIVISION OF CORRECTION**                                                    **RESPONDENT**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that the Petition is DENIED, and this action is DISMISSED WITH PREJUDICE.  A certificate of appealability is DENIED.

IT IS SO ORDERED THIS 6th DAY OF December, 2021.

BILLY ROY WILSON
UNITED STATES DISTRICT JUDGE